**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **LYNNETT MYERS,** *et al.*, | : | |
| | : | **Case No. 2:15-CV-2956** |
| **Plaintiffs,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | **Magistrate Judge Kemp** |
| **MARIETTA MEMORIAL** | : | |
| **HOSPITAL,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

This matter is set for a hearing for on August 12, 2016 at 2:00 p.m.  (Doc. 24.)  Although the focus of the argument will remain on Plaintiffs' Motion for Conditional Class Certification (Doc. 6), the Parties should also be prepared to answer questions from the Court regarding Plaintiff's Motion for Reconsideration (Doc. 36) and Motion to Stay (Doc. 37), to the extent that they relate to the question of conditional class certification.

**IT IS SO ORDERED.**

                              **__s/ Algenon L. Marbley__**
                              **ALGENON L. MARBLEY**
                              **UNITED STATES DISTRICT JUDGE**

**DATED:  July 20, 2016**