IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Lynnett Myers, et al., | : |
| Plaintiffs, | : Case No. 2:15-cv-2956 |
| v. | : Judge Algenon L. Marbley |
| Memorial Health System Marietta Memorial Hospital, | : Magistrate Judge Terence P. Kemp |
| Defendant. | : |

### TEMPORARY RESTRAINING ORDER

This matter is before the Court on Plaintiffs' Motion for a Temporary Restraining Order pursuant to Rule 65 of the Federal Rules of Civil Procedure in the above-captioned action. The Court, having reviewed the motion and being otherwise sufficiently advised, finds that Plaintiffs have demonstrated sufficient immediacy and irreparability of injury to warrant the issuance of a Temporary Restraining Order as follows:

1. A Temporary Restraining Order shall be issued contemporaneous with the obligation that Plaintiffs post security in the amount of $100.00.

2. Defendants and all those acting in concert with them, including but not limited to the directors, officers, and supervisors of employees of Defendants, are temporarily enjoined and restrained, directly or indirectly, from communicating with putative class members about the lawsuit styled as *Lynnett Myers, et al. v. Memorial Health System, et al.*, Case No. 2:15-cv-2956, Southern District of Ohio.

3. Nothing in this Order prevents Defendants from communicating with its

employees about issues that arise within the scope of employment, the treatment of patients or any other matter that relates to the performance of their jobs.

4. The Defendants shall have a twenty-seven day extension of time, until April 18, 2017, to file their Opposition to Plaintiffs' Motion for Class Certification.

5. This Temporary Restraining Order shall remain in full force and effect until the Preliminary Injunction hearing, scheduled for **Thursday, March 30, 2017, at 9:30 a.m.**, before the Honorable Algenon L. Marbley, United States District Court, 85 Marconi Boulevard, Columbus, Ohio, Court Room 1, Room 331.

An appendix outlining the briefing schedule and procedures to be followed at the Preliminary Injunction hearing follows this Order.

**IT IS SO ORDERED.**

                                               **s/Algenon L. Marbley**
                                               **ALGENON L. MARBLEY**
                                               **UNITED STATES DISTRICT JUDGE**

**DATED: March 3, 2017**