UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LYNNETT MYERS, *et al.*,

    Plaintiffs,

  v.                                            Civil Action 2:15-cv-2956
                                                    Chief Judge Algenon L. Marbley
                                                    Magistrate Judge Chelsey M. Vascura

**MARIETTA MEMORIAL HOSPITAL,**
*et al.*,

    **Defendants.**

## ORDER

Defendant's Motion for an Order Requiring Plaintiffs to Submit a Trial Plan for Court Approval (ECF No. 294) is **DENIED**. The arguments Defendant advances in support of this Motion are more appropriately raised in their forthcoming motion for decertification. Defendant's Motion to Expedite Briefing (ECF No. 295) is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

                                                                                                          
                                                      **ALGENON L. MARBLEY**
                                                      **CHIEF UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 13, 2021