IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LYNNETT MYERS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARIETTA MEMORIAL HOSPITAL, et al.,<br><br>    Defendants. | Case No. 2:15-cv-2956<br><br>JUDGE ALGENON L. MARBLEY<br><br>Magistrate Judge Vascura |

## ORDER

This matter is before the Court on its September 23, 2021, Order Dismissing Case without prejudice. (ECF No. 315). The parties recently notified the Court that they have now reached a settlement, so this matter can be closed. However, because this case is a class action under the Fair Labor Standards Act ("FLSA"), the parties' settlement must first be approved by the Court. *See* Fed. R. Civ. P. 23(e)(2) (mandating that class action settlements be approved by the court after a hearing is held and the court finds the settlement is "fair, reasonable, and adequate"). Accordingly, the Court **WITHDRAWS** its previous order (ECF No. 315) and **ORDERS** the parties to submit a Joint Motion for Preliminary Approval of Rule 23 Class Settlement within **thirty (30) days** from the date of this Order.

    **IT IS SO ORDERED.**

                                                                                    ALGENON L. MARBLEY
                                                                                    CHIEF UNITED STATES DISTRICT JUDGE

**DATED: September 23, 2021**

1