# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Lynnett Myers, et al., | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:15-cv-02956 |
| | : | |
| v. | : | Judge Algenon L. Marbley |
| | : | |
| Memorial Health System | : | Magistrate Judge Chelsey M. Vascura |
| Marietta Memorial Hospital, | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO AMEND CASE SCHEDULE

The parties have diligently and collaboratively worked through the details of the settlement agreement and associated documents, have circulated them to their respective clients and are awaiting <u>one</u> final signature. As such, the parties jointly request that the Court issue a new order for a one week extension until December 8, 2021.

Respectfully submitted,

MEYER WILSON CO., LPA

*/s/ Matthew R. Wilson (per email authorization*
David P. Meyer (0065205)
Email: dmeyer@meyerwilson.com
Matthew R. Wilson (0072925)
Email: mwilson@meyerwilson.com
John C. Camillus [of counsel] (0077435)
Email: jcamillus@meyerwilson.com
Michael J. Boyle, Jr.
Email: mboyle@meyerwilson.com
1320 Dublin Road, Suite 100
Columbus, OH 43215
(614) 224-6000; Fax: (614) 224-6066

ICE MILLER LLP

*/s/ Catherine L. Strauss*
James E. Davidson (0024534)
Email: James.Davidson@icemiller.com
Catherine L. Strauss (0072980)
Email: Catherine.Strauss@icemiller.com
Abigail J. Barr (0092679)
Email: Abigail.Barr@icemiller.com
Lydia F. Reback (0097766)
Email: Lydia.Reback@icemiller.com
250 West Street, Suite 700
Columbus, OH 43215
(614) 462-2700; Fax: (614) 462-5135

*Attorneys for Defendant*

BABIN LAW, LLC
Steven C. Babin, Jr. (0093584)

**Error! Unknown document property name.**

Email: steven.babin@babinlaws.com
1320 Dublin Road, Suite 100
Columbus, OH  43215
(614) 384-7035

CHAPIN LEGAL GROUP, LLC
Lance Chapin (0069473)
Email: lance.chapin@chapinlegal.com
580 S. High Street, Suite 330
Columbus, OH  43215
(614) 221-9100; Fax: (614) 221-9272

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of December 2021, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all counsel of record.

/s/ *Catherine L. Strauss*
Catherine L. Strauss