**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **LYNNETT MYERS**, *et al.*, | : |
| | : Case No. 15-CV-2956 |
| **Plaintiffs,** | : |
| | : **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. | : |
| | : **Magistrate Judge Vascura** |
| **MEMORIAL HEALTH SYSTEM** | : |
| **MARIETTA MEMORIAL HOSPITAL,** | : |
| *et al.*, | : |
| | : |
| **Defendants.** | : |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the September 6, 2022 Opinion and Order the Court GRANTED the Motion for Attorney Fees; GRANTING Motion for Settlement. This case is DISMISSED.

**Date:  September 6, 2022**            Richard W. Nagel, Clerk

                                                                    s/Diane Stash
                                                    Diane Stash/Deputy Clerk